UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF NEW HAMPSHIRE

<u>Kevin D. Hall</u>

   v.       Civil No. 08-cv-350-JL

<u>John Curran</u>

### O R D E R

After due consideration of the objection filed, I herewith approve the Report and Recommendation of Magistrate Judge Muirhead dated January 6, 2009.

SO ORDERED.

January 16, 2009      <u>*/s/ Joseph N. Laplante*</u>
             Joseph N. Laplante
             United States District Judge

cc: Kevin D. Hall, pro se